NUMBER
13-06-338-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

DEBORAH BRISTER,                                                                     Appellant,

 

                                           v.

 

STATE FARM LLOYDS,                                              Appellee.

___________________________________________________________________

 

                   On
appeal from the 36th District Court

                        of
San Patricio County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

      Before
Chief Justice Valdez and Justices Hinojosa and Garza

Memorandum
Opinion Per Curiam

 








Appellant, DEBORAH BRISTER, attempted to perfect an
appeal from a judgment entered by the 36th District Court of San Patricio County, Texas, in cause number S-05-5568-CV-A.  After the notice of appeal was
filed,  appellant filed a motion to
dismiss the appeal. In her motion, appellant states that she no longer wishes
to pursue this appeal.  Appellant
requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 

PER CURIAM

Memorandum Opinion
delivered and filed this

the 13th
day of July, 2006.